AO 91 (Rev.11/11) Criminal Complaint Assigned ALG

## United States District Court
### for the
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD DALE HENRY | )<br>)<br>)<br>)  Case No.   2:17-mj-00448-JTR<br>)<br>)<br>)<br>) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### CRIMINAL COMPLAINT

I, Shannon L. Hart, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about and between August 24, 2017, and October 18, 2017, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

*Code Section*  
18 U.S.C.§ 2422(b)

*Offense Description*  
Attempted Enticement of a Minor

On or about and between August 24, 2017, and October 18, 2017 in the Eastern District of Washington and elsewhere, the defendant. RONALD DALE HENRY, did unlawfully and knowingly use and any facility and means of interstate and foreign commerce to attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, including Revised Code of Washington 9A.44.076, rape of a child in the second degree, and attempt to do so, all in violation of Title 18 United States Code, Section 2422(b)

The criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____  
Shannon L. Hart, Special Agent, HSI

☑ Sworn to before me and signed in my presence  
☐ Sworn to telephonically and signed electronically

Date:   October 19, 2017

_____  
Honorable John T. Rodgers, United States Magistrate Judge

City and state:    Spokane, Washington

CRIMINAL COMPLAINT - 1