*Assigned to:* ALG

*County of Investigation: Spokane*

*In Re Criminal Complaint: Ronald Dale Henry*

## AFFIDAVIT

STATE OF WASHINGTON   )
                      ) ss
County of Spokane     )

I, Shannon Hart, Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, deposes and states:

### INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent with the US Department of Homeland Security, Homeland Security Investigations (HSI), formerly known as Immigration and Customs Enforcement (ICE) currently assigned to the Office of Investigations, Spokane, WA. I have been a Special Agent since January 2004. I have a degree in criminal Justice from Eastern Washington University. I have completed the United States Department of Treasury Criminal Investigator Training Program, and the Immigration and Customs Enforcement Special Agent Training Course at the Federal Law Enforcement Training Center. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations

Affidavit of Shannon L. Hart - 1

of, and to make arrests for, offense enumerated in Title 18, United States Code, Section 2516. In my capacity as a Special Agent with the United States Department of Homeland Security, I am responsible for conducting investigations into the numerous laws enforced by the Department of Homeland Security, Homeland Security Investigations. Included in these are laws relating to the unlawful production, importation, advertising receipt, attempted receipt, possession, and distribution of child pornography, as outlined in Title 18, United States Code. As a Special Agent, I have served as the affiant on numerous search warrants, complaints, court orders, and arrest warrants. I have specialized training and experience in Title 18 related investigations, which I have obtained through my thirteen (13) years of experience working as a Special Agent with the US Immigration and Customs Enforcement, and Homeland Security Investigations, and through training provided to me by those agencies. I have participated in the investigation of cases involving the use of computers and the Internet to commit violations of federal child exploitation laws. I have participated in all aspects of child exploitation investigations, including conducting surveillance, interviewing suspects, and executing arrest and search warrants. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. In May 2016, I attended Internet Crimes

Affidavit of Shannon L. Hart - 2

Against Children Online Ads Training Program and the Online Investigative Techniques Training Program where I received training regarding Internet crimes and child exploitation investigations.

The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other law enforcement officers assisting in this investigation. Because I make and submit this affidavit for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe are necessary to establish probable cause to arrest and charge Ronald Dale HENRY with violation of Title 18 U.S.C. § 2422(b), attempted enticement of a minor.

## APPLICABLE LAW

18 U.S.C. § 2422 prohibits a person from using a facility of interstate commerce to attempt to coerce a minor to engage in criminal sexual activity.

## STATEMENT OF PROBABLE CAUSE

1.   Between the dates of August 24-27, 2017, a multi-jurisdictional operation was conducted for individuals who are predisposed to travel to engage in sexual activity with minors. Task Force Officer (TFO) Jeff Bickford told your Affiant that on August 24, 2017, he responded to an ad on Craigslist.com using his undercover persona, a thirteen year old female. He told your Affiant that the ad

Affidavit of Shannon L. Hart - 3

was specifically posted in the Casual Encounters sub-section of the personal ads and read:

> young pussy-m4w.
> Hello, This is what I am looking for. I want to meet a young and I mean young girl. 18,19,20 years old. I want you to come to me I can host in my motel room. I will be there Sunday night. Get naked and let me explore your young and tender body with my tongue and fingers only, will be no intercourse unless you want it. You can be any race or age, just be D-D free, clean, Real and Serious about this. I am D-D Free, clean and Serious. Your pic gets mine, Put your age in the subject line or be Deleted.

2.     On August 24, 2017, TFO Bickford told your Affiant that he received a response from the ad poster stating "Hi, What is your age?" The email was routed through the Craigslist anonymizer which prevented TFO Bickford from seeing the responders email address. The subject's identifier was referenced as Craigslist ad number 6250458240. On August 24, 2017, TFO Bickford told your Affiant that subject, Craigslist ad number 6250458240, provided telephone number 406-860-5621 to him via email.

3.     TFO Bickford sent your Affiant the email and text conversations he had with "Craigslist 6250458240", who was later identified as Ronald Dale HENRY, and discussed the conversations he had had with HENRY with your affiant. My knowledge of the content of those conversations comes from review of what TFO Bickford sent me and what we discussed.

Affidavit of Shannon L. Hart - 4

4.    The following are excerpts of the email communications between HENRY and TFO Bickford's undercover persona, a fictitious 13 year old female.

On August 24, 2017, the very first communications read as follows:

TFO Bickford:  Like ur ad is totly cool…wish I was oldr

Suspect:  Hi, What is your age

TFO Bickford:  im almost 14 but I act way oldr

Suspect:  Have you had your pussy licked before?

Suspect then asks if TFO Bickford's persona if she is going to play with herself and says if they were together he would undress her and lay her on her back. TFO Bickford writes, "OMG I wish...ur probly gonna be like the rest of the losers on here and tell me im too young...but whatever!" The suspect then writes, "You are young. But if you want it?" Later in the conversation, the suspect tells TFO Bickford's persona he is horny, she is curious, and asks her if she wants to get fucked. He tells her getting fucked in the ass doesn't hurt if you do it right and asks if she is a virgin. The suspect asks where she is, says he is in west Spokane and asks if she can travel. The suspect indicates he will text her.

5.    TFO Bickford advised your Affiant that he checked this number provided by the suspect in the database Zetx, an open source phone search resource; that showed phone number 406-860-5621 as being associated to Ron HENRY. TFO Bickford told your Affiant that he obtained Montana driver's

Affidavit of Shannon L. Hart - 5

license information and a photograph of HENRY through Montana Department of Licensing. On October 18, 2017, HSI Spokane Intelligence Research Specialist (IRS) Ryan Lid told your Affiant that he had searched the Consolidated Lead Evaluation and Reporting system, another open source database, and found the number also to be associated to HENRY.

6.    A review of the text records, provided to your Affiant by TFO Bickford, shows the suspect communicated with a person he believed to be a thirteen year old girl, actually TFO Bickford, between 9:28 p.m on August 24, 2017 up to 8:30 p.m. on October 18, 2017, via text message. Specifically, text messages were sent on August 24-26, 28-30, September 16, 18, and 27, October 2, 3, 5, 6, 11-13, and 15-18. The text messages detail that the suspect is 55 years old, sex acts the suspect would like to perform on the purported thirteen year old child, promises that she will not be hurt, and potential plans to meet up. For example the suspect details, "I was going to take your ass," to which TFO Bickford responds, "No way man! Ass would hurt." The suspect replies, "No it wont. Lick it first then fingers then cock." The plans to meet include "Can you get out of the house in the evening? I can pick you up and go to motel." Timing is discussed to include, "Mot sure if i have time to travel and eat and fuck your sweet pussy like i want too."

Affidavit of Shannon L. Hart - 6

7. TFO Bickford advised your Affiant that on 8/24/2017, during the course of his text communication with HENRY, TFO Bickford sent HENRY an image of her persona, a purported 13 year old minor female. In return, HENRY provided TFO Bickford with an image of himself wearing a red shirt and holding his cell phone. HENRY provided TFO Bickford with another clothed image of himself, from the neck down, standing in front of a bed on 8/29/2017.

8. On October 18, 2017, TFO Bickford advised your Affiant that the chat communication continued with HENRY and that HENRY agreed to meet "Kaylee" at a Starbucks on Ruby Street in Spokane, WA for the purpose of engaging in sex. During the text conversation, TFO Bickford asked HENRY to get "Kaylee" a hot cocoa. TFO Bickford also stated that "Kaylee" would not get in the truck without a condom.

9. On October 18, 2017, at approximately 2030 hours, your Affiant was present when HENRY arrived at the Starbucks, walked inside and purchased a hot cocoa for "Kaylee". HENRY was arrested as he exited the business. Two condoms and a cellular telephone were found on his person and seized incident to his arrest.

10. Your Affiant was made aware of the facts of HENRY's interview from speaking to TFO Bickford. HENRY was transported to the HSI Spokane Office where HSI TFO Jeff Bickford and HSI TFO Bill Dramis introduced

themselves. At approximately 2140 hours, Detective Dramis advised HENRY of his Miranda Rights. HENRY stated he understood his rights. During the interview, HENRY advised the following: HENRY stated he posted an ad in the Casual Encounters Section of Craigslist a couple of months ago. As a result of the ad, HENRY met and began communicating on-line with a female from Kennewick, WA. HENRY stated he used his cell phone, (406)860-5621 to communicate with the female. When asked why he went to the Starbucks in Spokane, WA, he stated he was going to meet the female he had been communicating with for the purpose of engaging in sexual activity. HENRY stated that he was going to pick her up and take her back to the Econo Lodge. When asked about her age HENRY did not answer and terminated the interview.

11.   Revised Code of Washington 9A.44.076, rape of a child in the second degree reads as follows, "A person is guilty of rape of a child in the second degree when the person has sexual intercourse with another who is at least twelve years old but less than fourteen years old and not married to the perpetrator and the perpetrator is at least thirty-six months older than the victim." Sexual intercourse "has its ordinary meaning and occurs upon any penetration, however slight, and . . . (c) Also means any act of sexual contact between persons involving the sex organs of one person and the mouth or anus of another whether such persons are of the same or opposite sex."

Affidavit of Shannon L. Hart - 8

## CONCLUSION

12. Based on the foregoing, there is probable cause to arrest and charge Ronald Dale HENRY with violation of Title 18 U.S.C. § 2422(b) – Enticement/Coercion of a Minor with Intent to Engage in Illicit Sexual Conduct.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
Shannon L. Hart
Special Agent, HSI

☒ Sworn to before me and signed in my presence
☐ Sworn to telephonically and signed electronically

This 19th day of October, 2017

_____
Honorable John T. Rodgers
United States Magistrate Judge

Affidavit of Shannon L. Hart - 9